**Order entered December 19, 2022**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00729-CV

## POSITIVE TRANSPORTATION LLC, THOMAS WHALEY AND THOMAS HATTON, JR., Appellants

## V.

## TTS, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09409**

## ORDER

We reinstate this appeal. Before the Court is the parties' Joint Motion to Extend Stay and Abatement of this Appeal to Facilitate Settlement Discussions. We **GRANT** the motion, **STAY** all pending deadlines in the appeal, and **ABATE** the appeal until December 31, 2022. If the parties resolve the appeal through settlement before that date, they shall promptly notify the Court and file any motions necessary to effectuate the settlement.

/s/ CORY L. CARLYLE
JUSTICE